**Eric G. Bjotvedt, Esq.**
3507 N. Central Avenue, Suite 407
Phoenix, Arizona 85012
tel: 602.809.4449
fax: 623.321.1755

State Bar No. 019679

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| **Mohamad Mouslli** | Case No. CV-06-772-PHX-NVW |
| **Plaintiff,** | |
| v. | |
| **Alberto R. Gonzales, et. al** | **JOINT RESPONSE TO ORDER TO SHOW CAUSE** |
| **Defendants.** | |

Plaintiff, through counsel, and the United States Department of Homeland Security, defendants, through counsel, hereby submit this Joint Response to Order to Show Cause.

### Joint Response

**1.  Plaintiff**

On September 10, 2007, this court ordered the parties to show cause why this action should not be dismissed for failure to prosecute and for failure to comply with the order of June 5, 2007 (doc # 22).

Upon review of the current circumstances of this case, it was discovered that Plaintiff's application for naturalization was denied on September 11, 2007.  Since the application has been adjudicated, it appears the cause of action should be dismissed as moot.

In addition, on August 24, 2007, undersigned counsel contacted Cynthia Parsons via e-mail to make arrangements to file the required Joint Status Report by August 31, 2007.  Counsel included his suggestions for what the report should include and asked Cynthia Parsons to contact him for her input to finalize the report.  The e-mail to Ms. Parsons was not rejected but counsel did not follow up with Ms. Parsons either.  Ms. Parsons confirmed that she did receive the August 24, 2007 e-mail.

Counsel forgot to follow up on the case report with Ms. Parsons because, rather than using his calendar as a triggering mechanism for his next action, he relied on an expected e-mail response to trigger his next action. When the expected e-mail response did not come, counsel was without a reminder to take action. In short, counsel failed to cause a joint status report to be filed with the court due to an oversight by him. Since the joint report can be filed immediately and there appears to be no harm resulting from the failure to file, the cause of action should not be dismissed on this ground.

Respectfully submitted this September 21, 2007

|  |  |
|---|---|
|  | PAUL K. CHARLTON<br>United States Attorney<br>District of Arizona |
| *s/Eric George Bjotvedt* | *s/Cynthia M. Parsons* |
| ERIC GEORGE BJOTVEDT<br>Attorney for Plaintiff | CYNTHIA M. PARSONS<br>Assistant U.S. Attorney<br>Attorneys for Defendants |

I, Eric George Bjotvedt, by signing below, certify pursuant to Paragraph II(C)(3), District of Arizona ECF Administrative Policies and Procedures Manual (April 3, 2006) that the content of this Stipulation is acceptable to all registered signatories required to sign it.

Dated this 21st day of September 2007.

*s/Eric George Bjotvedt*

ERIC GEORGE BJOTVEDT
Attorney for Plaintiff